United States District Court
Western District of New York

Allstate Insurance Company

**AFFIDAVIT OF SERVICE**

Civil Action No. 19-cv-784

Date Filed 6/14/2019

                                  Plaintiff,

          -against-

Erie and Niagara Insurance Association and Joel Cancilla

                                  Defendants.

State of New York )
                              ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on July 8, 2019 at approximately 12:25 PM deponent served the following specific papers:  Summons in a Civil Action and Complaint, F.R.C.P. 7.1(a) Disclosure Statement, Civil Cover Sheet, that the party served was Erie and Niagara Insurance Association, one of the defendants in this action,  by personally serving one copy of the aforesaid papers at the office of the New York State Department of Financial Services located at One Commerce Plaza, 20th Floor, in the City of Albany, New York by delivering to and leaving the papers with Bradley Rice, Esq., a white male with receding brown hair, being approximately 58 years of age; height of 6'2", weight of 160 lbs., being an authorized person in the New York State Department of Financial Services and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

_Mary M. Bonville_

Mary M. Bonville

Sworn to before me this ___8th___ day of July, 2019

_Ruth A. Dennehey_

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2022

NEW YORK
STATE OF
OPPORTUNITY.

**Department of
Financial Services**

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

STATE OF NEW YORK

19-cv-784

ALLSTATE INSURANCE COMPANY                              Plaintiff(s)

against

Defendant(s)

Erie and Niagara Insurance Association

RE :Erie and Niagara Insurance Association formerly known as   Erie and Niagara County Farmers Insurance
Association

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for  Plaintiff(s) is hereby advised of acknowledgement of service upon this Department  Summons
and Complaint in the above entitled action on July 08, 2019 at New York, New York.  The $ 40.00 fee is also
acknowledged.

Original to Attorney for Plaintiff(s):

RIVKIN RADLER LLP
926 RXR PLAZA
UNIONDALE, New York 11556-0926

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of
service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

Gordon P Assad
Erie and Niagara Insurance Association
8800 Sheridan Drive PO Box 9062
Williamsville, New York 14231

Ellen R Buxbaum
**Special Deputy Superintendent**

Dated Albany, New York, July 09, 2019
619686